IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-00567-WYD-MJW

HENRY TEIGEN,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER ACTING BY AND THROUGH ITS WATER BOARD OF WATER COMMISSIONERS,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of Stipulation and Protective Order (docket no. 18) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 18-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: August 31, 2011