IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00567-RBJ-MJW

HENRY TEIGEN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,

    Defendant.

---

### ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS BY PLAINTIFF AGAINST DEFENDANT

---

This matter is before the Court on the Stipulated Motion for Dismissal With Prejudice of Claims By Plaintiff Against Defendant [Docket #50]. The Court, having reviewed the Stipulated Motion and being otherwise fully apprised in the premises, hereby grants the motion and orders that all claims brought or which could have been brought in this action by Plaintiff Henry Teigen against Defendant City and County of Denver, Acting by and Though its Board of Water Commissioners shall be dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs.

DATED this 4th day of October, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge